COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS

 

 


 
 
  
  
 TEXAS DEPARTMENT OF AGING AND DISABILITY SERVICES, 
  
                            
 Appellant,
  
 v.
  
  
 FRANKY BLOBERG, 
  
                            
 Appellee.
 
 
  
 '
    
 '
    
 '
    
 '
    
 '
    
  '
 
  
 
 
  
  
                   No. 08-11-00336-CV
  
 Appeal from the
  
 County
 Court at Law No. 5
  
 of El
 Paso County, Texas 
  
 (TC# 2009-4901) 
  
 
 


 

MEMORANDUM
 OPINION

 

Pending before the
Court is Appellant=s motion
for voluntary dismissal of this appeal.  See
Tex.R.App.P. 42.1(a)(1).  The motion is granted, and this appeal is
dismissed.  Costs of appeal are assessed
against Appellant.  See Tex.R.App.P. 42.1(d).  Appellant=s
motion for extension of time to file the brief is denied as moot.

 

 

February 8, 2012

                                                                        CHRISTOPHER
ANTCLIFF, Justice

 

Before McClure, C.J., Rivera, and Antcliff,
JJ.